**No. 44923.**—Protests 38081–K etc., of Ernst Bremermann & Co. et al. (New York),

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *Peat Import Corp.* v. *United States* (4 Cust. Ct. 181, C. D. 319) the peat moss in question was held entitled to free entry under paragraph 1685 as claimed.

**No. 44924.**—Protests 35832–K, etc., of G. Fox & Co., Inc. (New York).

Opinion by Evans, J. On the records presented the protests were overruled.

**No. 44925.**—Protests 33693–K, etc., of Del Gaizo Distributing Corp. et al. (New York).

Opinion by Evans, J. An examination of the records failed to disclose anything to warrant disturbing the collector's action. The protests were therefore overruled.

**No. 44926.**—Protests 954165–G, etc., of A. Buonocore et al. (New York).

Opinion by Evans, J. An examination of the records failed to disclose anything to warrant disturbing the collector's action. The protests were therefore overruled.

**No. 44927.**—Protests 720466–G (B), etc., of Abad Esteve Corp. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 44928.**—Protests 776054–G (B), etc., of John A. Alban & Co. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the First Division, December 12, 1940

**No. 44929.**—Protest 994308–G of Max Mannheimer (New York).

Opinion by Walker, J. It was stipulated that the lift van in question is similar to those the subject of Abstract 43642. The claim for free entry was therefore sustained.

**No. 44930.**—Protest 992135–G of Boyle Leather Goods Co., Inc. (New York).

Opinion by Walker, J. The case was submitted without the introduction of any evidence. On the record presented the protest was overruled.